**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| STEVEN G. KOENIG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:26-cv-02112 |
| | ) | |
| GEORGE J. SALIBA and<br>J&S AUTOHAUS GROUP, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17th day of July, 2026, Defendants' Answers to Plaintiff's First Set of Interrogatories; Defendants' Responses to Plaintiff's First Set of Request for Admissions and Defendants' Responses to Plaintiff's First Set of Request for Production of Documents were served via electronic mail to:

Christopher B. Sevedge, Kan. #27714
Sarah C. Schmitz, Kan. #30127
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
chris.sevedge@stinson.com
sarah.schmitz@stinson.com
and

David G. Keyko
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, New York 10019-6131
david.keyko@pillsburylaw.com

Respectfully submitted,

*/s/ Seth C. McCauley*

Braden M. Perry, KS. Bar # 21022
Seth C. McCauley, KS. Bar #30780
Kennyhertz Perry, LLC
2000 Shawnee Mission Parkway, Ste. 210
Mission Woods, KS 66205
Phone: 816-527-9447 / Fax: 855-844-2914
braden@kennyhertzperry.com
seth.mccauley@kennyhertzperry.com

***ATTORNEYS FOR DEFENDANTS***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide notice of service to all counsel of record.

*/s/ Seth C. McCauley*
Seth C. McCauley